IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHILLIP C. SCHELHAUS          *
                              *
   v.                         *   Case No.: 1:09-cv-1145
                              *
SEARS HOLDING CORPORATION, et. al.,  *
                              *
                          *****

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 3rd day of December, 2009

ORDERED

1. Sears' Motion to Dismiss is granted with respect to Count II of the complaint

2. Sears' Motion to Dismiss with respect to the remaining counts of the complaint is denied

3. HireRight's Motion to Dismiss is granted with respect to Counts III and IV of the complaint

4. HireRight's Motion to Dismiss with respect to the remaining counts of the complaint is denied

    /s/
J. Frederick Motz
United States District Judge